# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br><br>DEFENDANT(S). | Initial Indictment:<br><br>_____<br>Case Number to be Assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>_____<br>Case Number<br><br>**NOTICE TO COURT OF COMPLEX<br>CRIMINAL CASE**<br>(To Be Filed No Later than Two Business Days<br>Prior to the Time of Arraignment) |

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐     There are eight (8) or more defendants. The number of defendants is _____.
and/or
☐     The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐     There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____ ).
and/or
☐     The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. (The previous estimate was _____ trial days.)

Date: _____        _____
                                                                                                   Assistant United States Attorney

---

CR-63 (07/05)                **NOTICE TO COURT OF COMPLEX CRIMINAL CASE**