ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRIAN E. KLEIN (Cal. State Bar No.: 258486)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6920
     Facsimile: (213) 894-6269
     E-mail: brian.klein@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-1055-PA |
| Plaintiff, | |
| v. | STIPULATION REGARDING PROTECTIVE ORDER |
| EZRI NAMVAR, <br>   aka Ezri Namvar Moghadam, <br> and HAMID TABATABAI, <br>   aka Hamid Taba, | [PROPOSED PROTECTIVE ORDER FILED CONCURRENTLY] |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendants Ezri Namvar and Hamid Tabatabai, individually and by and through their counsel of record, hereby stipulate as follows:

1. The discovery evidence in this matter includes, among other things, materials containing personal identification information, such as names and bank account numbers. Therefore,

privacy and confidentiality concerns are implicated.

    2. Accordingly, the government, the defendants, and counsel for the defendants request that the Court issue a protective order under the following terms and conditions:

    (a) The defendants and counsel for the defendants are directed not to give, lend, disseminate or otherwise provide the materials that the government produces or makes available to the defense teams on or after October 4, 2010 (the "government discovery materials") in connection with the above-referenced case or reveal the government discovery materials' contents to any other person or entity or permit any person or entity to read or copy such records, except to: (1) members and employees of the law firms of counsel for the defendants; (2) any expert or investigator assisting with the preparations of the defense of the above-referenced case; or (3) any non-expert witness necessary for the defense in the above-reference case so long as personal identifying information is redacted per Federal Rule of Criminal Procedure 49.1(a)-(b), such witnesses are only shown the government discovery materials (not given, lent or otherwise provided with them);

    (b) The defendants and counsel for the defendants are directed not to use the government discovery materials for any purpose other than the proceedings in the above-referenced case, which use specifically includes, among other things, attaching or referring to the government discovery materials in pleadings so long as personal identifying information is redacted per Federal Rule of Criminal Procedure 49.1(a)-(b); and

//

    (c) The defendants and counsel for the defendants are directed to return the government discovery materials (and any and all reproductions of them) to the government at the conclusion of the proceedings in the above-referenced case.

IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DATED: 10/7/10

*/s/ B— E. Kl*
BRIAN E. KLEIN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: _____

_____
MARC S. HARRIS
Scheper Kim & Harris LLP
Attorney for Defendant
Ezri Namvar

DATED: _____

_____
EZRI NAMVAR
Defendant

DATED: _____

_____
JAMES W. SPERTUS
Law Offices of James W. Spertus
Attorney for Defendant
Hamid Tabatabai

DATED: _____

_____
HAMID TABATABAI
Defendant

1     (c) The defendants and counsel for the defendants are
2 directed to return the government discovery materials (and any
3 and all reproductions of them) to the government at the
4 conclusion of the proceedings in the above-referenced case.
5     IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DATED: _____

BRIAN E. KLEIN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: 10/4/10    /s/ Marc S. Harris

MARC S. HARRIS
Scheper Kim & Harris LLP
Attorney for Defendant
Ezri Namvar

DATED: _____

EZRI NAMVAR
Defendant

DATED: _____

JAMES W. SPERTUS
Law Offices of James W. Spertus
Attorney for Defendant
Hamid Tabatabai

DATED: _____

HAMID TABATABAI
Defendant

3

1         (c) The defendants and counsel for the defendants are
2    directed to return the government discovery materials (and any
3    and all reproductions of them) to the government at the
4    conclusion of the proceedings in the above-referenced case.
5         IT IS SO STIPULATED.

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division


DATED: _____       _____
                                    BRIAN E. KLEIN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    United States of America


DATED: _____       _____
                                    MARC S. HARRIS
                                    Scheper Kim & Harris LLP
                                    Attorney for Defendant
                                    Ezri Namvar


DATED: Oct 4, 2010                  _____
                                    EZRI NAMVAR
                                    Defendant


DATED: _____       _____
                                    JAMES W. SPERTUS
                                    Law Offices of James W. Spertus
                                    Attorney for Defendant
                                    Hamid Tabatabai


DATED: _____       _____
                                    HAMID TABATABAI
                                    Defendant

(c) The defendants and counsel for the defendants are directed to return the government discovery materials (and any and all reproductions of them) to the government at the conclusion of the proceedings in the above-referenced case.

IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DATED: _____

BRIAN E. KLEIN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: _____

MARC S. HARRIS
Scheper Kim & Harris LLP
Attorney for Defendant
Ezri Namvar

DATED: _____

EZRI NAMVAR
Defendant

DATED: 10/7/10

JAMES W. SPERTUS
Law Offices of James W. Spertus
Attorney for Defendant
Hamid Tabatabai

DATED: 10/4/2010

HAMID TABATABAI
Defendant

3