Recommended: ☒ Approval ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☒ Sufficient amount of equity
☒ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☒ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __10/6/10__           __6920__
     Date                 Extension

By: __Brian E. Klein__
       Assistant U.S. Attorney
Signature: __B.E.K.__

FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY __NG__ for __BM__ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | 10CR-01055-PA-1 |
| v. | |
| Ezri Namvar | AFFIDAVIT OF SURETY(IES) (PROPERTY) |
| DEFENDANT(S). | |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ __200,000.00__ ,over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

---

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

Address and description of property:

11822 Kearsarge St. Los Angeles CA 90049
See atached exhibit "A" for legal description

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

| | |
|---|---|
| Helen Shadi | 11822 Kearsarge St. |
| Print Name of Surety | Address of Surety |
| X X X - X X - 89 86 | Los Angeles CA 90049 |
| Social Security Number *(Last 4 digits only)* | City, State, Zip Code |

☐ Sole Holder or Owner    ☐ Tenancy in Common    ☑ Joint Tenancy    ☐ Other: _____

Percentage of Interest of Surety % 50

Present Fair Market Value of Property $ 2,700,000.00
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 2,435,098.15
*(list below separately)*

| | | |
|---|---|---|
| HSBC Mortgage Corporation | 2929 Walden Ave Depew, NY 14043 | $1,500,000.00 |
| Name of Holder of 1st Encumbrance | Address, City, State, Zip Code | |
| CA Franchise Tax Board | PO BOX 2952 Sacramento CA 95812 | $35,098.15 |
| Name of Holder of 2nd Encumbrance | Address, City, State, Zip Code | |
| 4Sights Funding LLC | 208 S. Oakhurst Dr. Beverly HIlls CA 90212 | $900,000.00 |
| Name of Holder of 3rd Encumbrance | Address, City, State, Zip Code | |

Total Equity $ 264,901.85
*(after deduction of encumbrance/liens)*

Homesteaders ☐ Yes ☑ No   Exemption Filed?

Amount of Exemption $ N/A

0
Number of other bonds or undertakings

N/A
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes   ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this ____1st____ Day of October _____ 2010

X _____    Sister of Defendant
Signature of Surety    Helen Shadi        Relationship of Surety

_____    _____
Signature of Surety        Relationship of Surety

Above Surety Approved: _____    Dated: 10-6-10
United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation    ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____    _____
                                    Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                   Page 2 of 2

Exhibit "A"

That portion of Lot 14, of the Re-subdivision of Blocks 38 to 44 inclusive of Westgate Acres, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 8 Page(s) 151 of Maps, in the Office of the County Recorder of said County, lying Northerly of the North line of land described in deed to Conrad Hartgerink, recorded in Book 14606, Page 364, Official Records and of said County, and Easterly of a line extending from a point in the North line of said lot, distant Northeasterly 98.06 feet from the Northwest corner of said lot, Southerly to a point in the North line of said land of Hartgerink, distant Easterly along said line, 121.22 feet from the West line of said lot.