```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MONICA D. MANGE (Cal. Bar No. 234950)
 4 │ Assistant United States Attorney
   │ Major Frauds Section
 5 │      1100 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone:  (213) 894-6529
 7 │      Facsimile:  (213) 894-6269
   │      Email:      monica.mange@usdoj.gov
 8 │
   │ Attorneys for Plaintiff
 9 │ United States of America
10 │
   │             UNITED STATES DISTRICT COURT
11 │
   │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │
13 │ UNITED STATES OF AMERICA,     )  CR No. 10-1055-PA
   │                               )
14 │                 Plaintiff,    )  NOTICE OF APPEARANCE OF CO-
   │                               )  COUNSEL IN CRIMINAL CASE
15 │           v.                  )
   │                               )
16 │ EZRI NAMVAR,                  )
   │     aka "Ezri Namvar          )
17 │ Moghadam," and                )
   │ HAMID TABATABAI,              )
18 │     aka "Hamid Taba,"         )
   │                               )
19 │                               )
   │                 Defendants.   )
20 │ ─────────────────────────────
21 │
   │      Plaintiff, United States of America, hereby advises the
22 │
   │ Court that additional co-counsel has been added to the case as
23 │
   │ follows:
24 │
```

|                              | Name               | E-mail Address            |
|------------------------------|--------------------|---------------------------|
| **Currently Assigned AUSA**  | Brian E. Klein     | brian.klein@usdoj.gov     |
| **Newly Assigned AUSA**      | Monica D. Mange    | monica.mange@usdoj.gov    |

1  Please make all necessary changes to the Court's Case
2  Management/Electronic Case Filing system to ensure that the
3  additional co-counsel is associated with this case and receives
4  all e-mails relating to filings in this case.

6  Dated: December 20, 2010

                              Respectfully submitted,

                              ANDRÉ BIROTTE JR.
                              United States Attorney

                              ROBERT E. DUGDALE
                              Assistant United States Attorney
                              Chief, Criminal Division


                              _____/s/_____
                              MONICA D. MANGE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America