ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRIEN E. KLEIN (Cal. Bar No. 258486)
MONICA D. MANGE (Cal. Bar No. 234950)
Assistant United States Attorneys
Major Frauds Section
      1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-6920/6529
      Facsimile:  (213) 894-6269
      Email:      brien.klein@usdoj.gov
                  monica.mange@usdoj.gov

Attorneys for Plaintiff
United States of America

                   UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )   CR No. 10-1055-PA
                                   )
              Plaintiff,           )   JOINT PROPOSED VERDICT FORM
                                   )
      v.                           )
                                   )   Trial Date: May 3, 2011
EZRI NAMVAR,                       )   Trial Time: 8:30 a.m.
      aka "Ezri Namvar             )
      Moghadam," and               )   Honorable Percy Anderson
HAMID TABATABAI,                   )
      aka "Hamid Taba,"            )
                                   )
              Defendants.          )
                                   )
                                   )
_____)

      Plaintiff United States of America, through its counsel of

record, the United States Attorney for the Central District of

California; defendant Ezri Namvar, by and through his counsel of

record, Marc S. Harris; and defendant Hamid Tabatabai, by and

//

//

1  through his counsel of record, James W. Spertus, hereby jointly

2  submit the following proposed verdict form.

3

4  Dated: April 27, 2011                Respectfully submitted,

5                                       ANDRÉ BIROTTE JR.
                                        United States Attorney
6
                                        ROBERT E. DUGDALE
7                                       Assistant United States Attorney
                                        Chief, Criminal Division
8

9                                       _____/s/_____
                                        BRIEN E. KLEIN
10                                      MONICA D. MANGE
                                        Assistant United States Attorneys
11
                                        Attorneys for Plaintiff
12                                      United States of America

13

14  DATED: April 27, 2011              /s/ (via electronic confirmation)
                                       MARC S. HARRIS
15
                                        Attorney for Defendant
16                                      Ezri Namvar

17

18  DATED: April 27, 2011              /s/ (via electronic confirmation)
                                       JAMES W. SPERTUS
19
                                        Attorney for Defendant
20                                      Hamid Tabatabai

21

22

23

24

25

26

27

28

<u>United States v. Ezri Namvar and Hamid Tabatabai</u>
Case No. CR 10-1055-PA

On Count One of the Indictment, the jury finds defendant Ezri Namvar:

Guilty ☐          Not Guilty ☐

On Count One of the Indictment, the jury finds defendant Hamid Tabatabai:

Guilty ☐          Not Guilty ☐

On Count Two of the Indictment, the jury finds defendant Ezri Namvar:

Guilty ☐          Not Guilty ☐

On Count Two of the Indictment, the jury finds defendant Hamid Tabatabai:

Guilty ☐          Not Guilty ☐

On Count Three of the Indictment, the jury finds defendant Ezri Namvar:

Guilty ☐          Not Guilty ☐

On Count Three of the Indictment, the jury finds defendant Hamid Tabatabai:

Guilty ☐          Not Guilty ☐

1

1    On Count Four of the Indictment, the jury finds defendant

2  Ezri Namvar:

3                      Guilty ☐        Not Guilty ☐

4

5    On Count Four of the Indictment, the jury finds defendant

6  Hamid Tabatabai:

7                      Guilty ☐        Not Guilty ☐

8

9    On Count Five of the Indictment, the jury finds defendant

10  Ezri Namvar:

11                      Guilty ☐        Not Guilty ☐

12

13    On Count Five of the Indictment, the jury finds defendant

14  Hamid Tabatabai:

15                      Guilty ☐        Not Guilty ☐

16

17  _____, 2011        _____

18  Date                              Foreperson

19

20

21

22

23

24

25

26

27

28

2