## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 10-1055 PA |
| Date | May 2, 2011 |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Paul Songco | Leandra Amber | Brian Klein and Monica Mange |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Ezri Namvar | | X | X | 1) Marc Harris | X | | X |
| 2) Hamid Tabatabai | | X | X | 1) Amos Lowder | X | | X |
| | | | | 2) James Spertus | X | | X |

**Proceedings:**  STATUS CONFERENCE

Court and counsel confer concerning the trial set for May 3, 2011.

                                                                                                                :    30

Initials of Deputy Clerk

---

CR-11 (09/98)               **CRIMINAL MINUTES - GENERAL**               Page 1 of 1