SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 10-1055 PA | Date | May 2, 2011 |
|---|---|---|---|
| Title | United States of America v. Ezri Namvar and Hamid Tabatabai | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

To assist the Court in determining the scope of its ruling tentatively granting the government's motion to exclude the defenses of intent to repay and not all clients were defrauded, each defendant shall file a written proffer of the evidence they expect to offer at trial in support of either of these defenses. The proffers may be filed under seal and in camera.

The proffers shall state separately and specifically each witness that each defendant expects to call at trial in support of either of these defenses, the specific testimony the witness will offer, the date of the witness' investment, if any, with Namco Financial Exchange, Inc., the date of the return of the investment, and explain why such testimony is relevant in this case. The proffers shall include an identification of each document by title, author and date relied on by the witness or offered by the defense in support of the testimony he or she will give at trial. Counsel shall attach a copy of each document to the offer of proof. If a witness will be relying on the statements of any person for his or her testimony, the offer of proof shall identify in full each such statement. If the statement is recorded or written, counsel shall attach a copy of the statement to the offer of proof. If the witness did not rely on any documents or statements in forming his opinion, the proffer shall include a representation confirming that fact.

The written proffer shall be filed no later than noon May 4, 2011. The failure to comply with this order may result in the the exclusion of a witness's testimony if the required information is not provided.

IT IS SO ORDERED.