ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRIAN E. KLEIN (Cal. State Bar No.: 258486)
MONICA D. MANGE (Cal. State Bar No.: 234950)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6920/6529
    Facsimile: (213) 894-6269
    E-mail: brian.klein@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-1055-PA |
| Plaintiff, | ORDER DISMISSING COUNT TWO AGAINST DEFENDANTS NAMVAR AND TABATABAI AND GRANTING LEAVE TO NARROW ALLEGATIONS OF THE INDICTMENT AND TO FILE REDACTED INDICTMENT |
| v. | |
| EZRI NAMVAR, aka "Ezri Namvar Moghadam," and HAMID TABATABAI, aka "Hamid Taba," | |
| Defendants. | |

    Good cause having been shown, IT IS HEREBY ORDERED that Count Two of the Indictment (Docket No. 1) as against defendant Ezri Namvar and defendant Hamid Tabatabai be dismissed without prejudice.

    IT IS FURTHER HEREBY ORDERED that the government's application for leave to narrow allegations of the Indictment and

//

1 | to file a properly redacted Indictment for use at trial in this
2 | matter is granted.

4 | Dated: <u>May 3, 2011</u>

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE