**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
AMOS A. LOWDER (State Bar No. 269362)
alowder@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant Ezri Namvar**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EZRI NAMVAR, aka Ezri Namvar Maghadam, and HAMID TABATABAI, aka Hamid Taba,<br><br>  Defendants. | CASE NO. CR 10-1055-PA<br><br>**DECLARATION OF AMOS A. LOWDER IN SUPPORT OF DEFENDANT EZRI NAMVAR'S NOTICE OF MOTION AND MOTION FOR ACQUITTAL PURSUANT TO RULE 29 AND MOTION FOR NEW TRIAL PURSUANT TO RULE 33**<br><br>Date:   August 8, 2011<br>Time:   3:00 p.m.<br>Ctrm:   15<br><br>Trial Date:   May 3, 2011 |

# DECLARATION OF AMOS A. LOWDER

I, Amos A. Lowder, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a member of Scheper Kim & Harris LLP, attorneys of record for Defendant Ezri Namvar. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.  On May 18, 2011, following the submission of this case to the jury, I assisted in and observed the collection of the various exhibits admitted into evidence over the course of the trial. Also participating in this process were James W. Spertus, counsel for Defendant Hamid Tabatabai, Monica Mange, counsel for the government, FBI Special Agent Jeremy Tarwater, and paralegal Arin Scapa. The parties conferred with deputy clerk Paul Songco and agreed on the complete set of exhibits that were to go to the jury for consideration. The parties, along with Mr. Songco, confirmed that the defense introduced fourteen (14) exhibits during the course of the trial. All of the exhibits that were admitted into evidence were placed into two large boxes for delivery to the jury during deliberations. The defense exhibits were clipped together and placed in a box along with several government exhibits. The government's exhibits were arranged in folders within each of the two boxes. When I left the courtroom that afternoon, I believed that the defense exhibits were in the boxes that were to be delivered to the jury.

3.  On May 25, 2011, I exchanged correspondence with Mr. Spertus, in regard to the defense exhibits in this case. Mr. Spertus advised me that he had just discovered that several, if not all, of the defense exhibits were found by him that morning, on his trial cart. Mr. Spertus contacted Mr. Songco, via e-mail, to confirm

2

DECLARATION OF AMOS A. LOWDER IN SUPPORT OF DEFENDANT EZRI NAMVAR'S
NOTICE OF MOTION AND MOTION FOR ACQUITTAL PURSUANT TO RULE 29
AND MOTION FOR NEW TRIAL PURSUANT TO RULE 33

1  which defense exhibits actually went to the jury.  Mr. Songco responded that he
2  returned the box of exhibits to the government.
3       4.     Shortly thereafter, Monica Mange, counsel for the government
4  confirmed, via e-mail, that the defense exhibits were not in the box of exhibits
5  returned by Mr. Songco.
6       I declare under penalty of perjury under the laws of the United States of
7  America that the foregoing is true and correct.
8       Executed on June 2, 2011, at Los Angeles, California.

            /S/  Amos A. Lowder
            Amos A. Lowder