```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRIAN E. KLEIN (Cal. State Bar No.: 258486)
 4  MONICA D. MANGE (Cal. State Bar No.: 234950)
    Assistant United States Attorneys
 5  Major Frauds Section
         1100 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-6920/6529
         Facsimile: (213) 894-6269
 8       E-mail: brian.klein@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 10-1055-PA |
|---|---|
| Plaintiff, | ) |
| v. | ) *EX PARTE* APPLICATION TO WATCH RECORDING(S) OF COURTROOM 15; EXHIBITS 1-2; DECLARATION OF BRIAN E. KLEIN |
| EZRI NAMVAR,  aka Ezri Namvar Moghadam, and HAMID TABATABAI,  aka Hamid Taba, | ) |
| Defendants. | ) |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, respectfully applies ex parte for permission for counsel for the government and counsel for defendants Ezri Namvar and Hamid Tabatabai to watch any and all recordings in the possession of the United States Marshals Service of events in courtroom 15 of the federal district

courthouse located at 312 North Spring Street ("Courtroom 15") on May 18, 2011.

The following is an overview of the relevant sequence of events:

1. On May 3, 2011, the jury trial of defendants before the Court began in Courtroom 15.

2. On May 18, 2011, the parties gave closing arguments and then the jury was instructed in Courtroom 15. Afterwards, the parties conferred in Courtroom 15 with the Court's Clerk regarding the trial exhibits that were to go back to the jury.

3. On May 19, 2011, the jury convicted defendants on all counts of the indictment.

4. On May 25, 2011, counsel for defendant Tabatabai sent an e-mail to the Court's Clerk, copying the other parties, stating, among other things, the he found "most (if not all) of the defense exhibits" on his trial court. (<u>Exhibit 1</u>.)  That same day, counsel for the government sent the Court's Clerk an e-mail requesting that any and all recordings of events in Courtroom 15 on May 18, 2011 be preserved. (<u>Exhibit 2</u>.)

5. On June 2, 2011, defendants each filed motions for acquittal pursuant to Rule 29 and/or for a new trial pursuant to Rule 33.  (Dkt. Nos. 135-36.)  Both briefs contend that the jury did not receive the defense exhibits and attach supporting declarations regarding events on May 18, 2011.  (Dkt. Nos. 135 at 15-16 and declaration of James W. Spertus, 136 at 16 and declaration of Amos A. Lowder.)

6. On June 8, 2011, the Court set the following post-trial briefing schedule:

   a. The government opposition(s) are due on July 15, 2011.

   b. Any defense replies are due on July 29, 2011.

   c. A hearing on the motions is set for August 15, 2011 at 3 p.m.

It is counsel for the government's understanding that the United States Marshals Service may possess recordings of events in Courtroom 15 on May 18, 2011.  To properly address the defense

claims, the government believes it is necessary to watch any and all such recordings.  Accordingly, the government requests permission to do so for counsel for the government and counsel for defendants, and for the United States Marshals Service to arrange separate viewing dates and times with counsel for any time between June 20, 2011 and July 29, 2011.

Counsel for defendant Tabatabai asked counsel for the government to inform the Court of the following, "Although the government has failed to articulate a relevant basis for viewing the May 18, 2011 videotape of the courtroom, Mr. Tabatabai does not oppose the government's ex parte application."  Counsel for defendant Namvar informed counsel for the government that he takes the same position.

DATED: June 15, 2011            Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____/s/_____
                                BRIAN E. KLEIN
                                MONICA D. MANGE
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                United States of America

<u>DECLARATION OF BRIAN E. KLEIN</u>

I, Brian E. Klein, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the prosecutors assigned to the matter of <u>United States v. Ezri Namvar and Hamid Tabatabai</u>, CR No. 10-1055-PA.

2. On June 14, 2011, I e-mailed counsel for defendant Hamid Tabatabai, James W. Spertus, and sought his position on this <u>ex</u> <u>parte</u> application. Later that day, Mr. Spertus asked me via e-mail to inform the Court that his position is as follows, "Although the government has failed to articulate a relevant basis for viewing the May 18, 2011 videotape of the courtroom, Mr. Tabatabai does not oppose the government's ex parte application."

3. On June 14, 2011, I e-mailed counsel for defendant Ezri Namvar, Marc S. Harris, and sought his position on this <u>ex</u> <u>parte</u> application. On June 15, 2011, Mr. Harris responded via e-mail that he takes the same position as Mr. Spertus.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: June 15, 2011

                                             /s/
                                       BRIAN E. KLEIN