**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
AMOS A. LOWDER (State Bar No. 269362)
alowder@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Ezri Namvar**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZRI NAMVAR, aka Ezri Namvar Maghadam, and HAMID TABATABAI, aka Hamid Taba,<br><br>Defendants. | CASE NO. CR 10-1055-PA<br><br>**DEFENDANT'S OPPOSITION TO GOVERNMENT'S EX PARTE APPLICATION TO FILE A CONSOLIDATED OPPOSITION IN EXCESS OF 25 PAGES** |

1     Defendant Ezri Namvar, by and through his counsel of record, Scheper Kim
2  & Harris LLP, hereby opposes the government's *ex parte* application for leave to
3  file multiple briefs in excess of 25 pages in length in opposition to Mr. Namvar's
4  motions for acquittal and for new trial pursuant to Rules 29 and 33.
5     On July 22, 2011 the government filed an *ex parte* application for leave to file
6  two consolidated oppositions to Mr. Namvar and Mr. Tabatabai's separate motions
7  for acquittal and new trial. In total the government has asked to submit over 100
8  pages of briefing in response to the two motions. This is despite the fact that the
9  government concedes there is substantial overlap between the motions filed by
10 Namvar and Tabatabai.
11    This request also comes after Mr. Namvar and Mr. Tabatabai already agreed
12 to move the original hearing date, at the government's request, and then also agreed
13 to allow the government extra time to prepare its opposition brief. Mr. Namvar and
14 Mr. Tabatabai filed their respective motions on June 2, 2011, 14 days after the
15 verdict, and the government has had more than seven weeks to prepare these
16 oppositions.
17    Also, in light of the government's request for additional time, the parties
18 stipulated to continue the sentencing dates of Mr. Namvar and Mr. Tabatabai to
19 September 26, 2011. Mr. Tabatabai's sentencing date has been continued while Mr.
20 Namvar's sentencing is still scheduled for August 22, 2011. While the briefing
21 schedule has been altered to accommodate the government, the current schedule
22 places an undue burden on Mr. Namvar, especially considering the gravity of issues
23 at stake. Should the Court grant the government's request, Mr. Namvar would be
24 placed in the untenable position of preparing sentencing objections while also
25 attempting to digest and respond to over 100 pages of argument in opposition to his
26 motions for acquittal and new trial.
27    Therefore, Mr. Namvar respectfully requests that the Court deny the
28 government's request to file briefs in excess of 25 pages.

1

1 | However, if the Court is inclined to grant the government's *ex parte application*, Mr. Namvar respectfully requests: 1) leave to file a reply brief of equal length to the government's opposition; 2) to have three weeks to file his reply and 3) to continue the hearing on the motions to accommodate the requested briefing schedule.  Mr. Namvar also respectfully requests that the Court continue Mr. Namvar's sentencing date to at least September 26, 2011, and allow Mr. Namvar to file his sentencing objections two weeks after the motions for acquittal and for new trial are resolved.

DATED: July 22, 2011

Respectfully submitted,

SCHEPER KIM & HARRIS LLP
MARC S. HARRIS
AMOS A. LOWDER


By: _____/s/_____
      Marc S. Harris
      Attorneys for Defendant Ezri Namvar