**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
AMOS A. LOWDER (State Bar. No. 269362)
alowder@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendant Ezri Namvar**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EZRI NAMVAR,<br><br>    Defendant. | CASE NO. CR 10-1055-PA<br><br>**LETTERS FILED IN SUPPORT OF DEFENDANT EZRI NAMVAR'S SENTENCING MEMORANDUM**<br><br>Date:    October 11, 2011<br>Time:    8:30 a.m.<br>Place:    Courtroom # 15 |

Case 2:10-cr-01055-PA   Document 201   Filed 09/26/11   Page 2 of 6   Page ID #:5305

Defendant Ezri Namvar, by and through his attorneys of record, hereby submits the following letters in support of his Sentencing Position:

1. Khoshnood, Iraj
2. Schaffel, Gary
3. Rothberg, David
4. Boyce, Jason
5. Hakim, Afshin
6. Harounian, Nataly
7. Schraga, Yael
8. Namvar, Shira
9. Farkhondehpour, Saeed
10. Pezeshki, David
11. Zargari, David, Rabbi
12. Haghighi, Farzad, MD
13. Kermanian, Sam
14. Ahdoot, Leon
15. Bamela, Areou
16. Cavalier, Elizabeth & Elliott
17. Eshaghian, Joubin
18. Haghighi, Fariba
19. Farahnik, Leon
20. Giles, Alpha C.
21. Hakim, Ava
22. Palmer, Dan S.
23. Hamedani, Farshad Nikbakht
24. Hami-Shraga, Lizie
25. Harounian, Sheyda Isabelle

2
LETTERS FILED IN SUPPORT OF DEFENDANT EZRI NAMVAR'S SENTENCING MEMORANDUM

| | | |
|---|---|---|
| 1 | 26. | Heikali, Moossa M.D. |
| 2 | 27. | Held, Michael B. PhD |
| 3 | 28. | Illulian, Rachel |
| 4 | 29. | Kohan, Desiree |
| 5 | 30. | Kohan, Janet |
| 6 | 31. | Kupfer, Baruch, Rabbi |
| 7 | 32. | Lalepour, Houshmand |
| 8 | 33. | Michael, Gila |
| 9 | 34. | Miles, Fariba |
| 10 | 35. | Namvar, Nosrat |
| 11 | 36. | Roofian, Michael |
| 12 | 37. | Saldua, Nelma S. |
| 13 | 38. | Saltzburg, Henley L. |
| 14 | 39. | Lavaei, Joseph |
| 15 | 40. | Bayanfar, Nassim |
| 16 | 41. | Farber, Rowan |
| 17 | 42. | Abrams, Sara |
| 18 | 43. | Amiri, Baruch, Dr. Rabbi |
| 19 | 44. | Bamela, Hersel |
| 20 | 45. | Samson, Shawn |
| 21 | 46. | Bayanfar, Navid |
| 22 | 47. | Benji, Kamran |
| 23 | 48. | Delshad, Jonathan |
| 24 | 49. | Eliassian, Mehran |
| 25 | 50. | Eshaghian, Janet |
| 26 | 51. | Esmailizadeh, Sai'd |
| 27 | 52. | Esmailzadeh, AJ |
| 28 | | |

| | | |
|---|---|---|
| 1 | 53. | Harounian, Sara Jacquelyn |
| 2 | 54. | Khalilirad, Eshagh |
| 3 | 55. | Mebtahi, Elena |
| 4 | 56. | Moossazadeh, Ruthy |
| 5 | 57. | Javaheri, Simon |
| 6 | 58. | Moussa, Madeline |
| 7 | 59. | Norouzi, David |
| 8 | 60. | Palmer, Thomas G. |
| 9 | 61. | Polsky, Barbara S. |
| 10 | 62. | Ramineh, Bijan |
| 11 | 63. | Quinn, Victor J. |
| 12 | 64. | Roofian, Ilana |
| 13 | 65. | Shamouni, Morris |
| 14 | 66. | Shraga, Avishai |
| 15 | 67. | Shraga, Yedidia |
| 16 | 68. | Sorensen, Sima |
| 17 | 69. | Vartanian, Janet |
| 18 | 70. | Zarabi, Khosgrow |
| 19 | 71. | Alliance, Lord David |
| 20 | 72. | Namvar, Daniella |
| 21 | 73. | Banayan, Daniel |
| 22 | 74. | Bayanfar, Hilda |
| 23 | 75. | Bayanfar, Joseph |
| 24 | 76. | Cohen, Peter |
| 25 | 77. | Levi, Roya |
| 26 | 78. | Dominguez, Ray |
| 27 | 79. | Khakshouri, Jacoby Koby |
| 28 | | |

| | | |
|---|---|---|
| 1 | 80. | Namvar, Tony |
| 2 | 81. | Setareh, Kayvan |
| 3 | 82. | Agoncillo, Madellynn P. |
| 4 | 83. | Mojdehi, Ali M. M. |
| 5 | 84. | Elyaszadeh, Morris |
| 6 | 85. | Elyaszadeh, Sohail |
| 7 | 86. | Esmailz, Ash |
| 8 | 87. | Farzan-Kashani, Farhoud |
| 9 | 88. | Hadjyan, Isaac |
| 10 | 89. | Kadisha, Neil |
| 11 | 90. | Kalimi, Moussa |
| 12 | 91. | Khalili, Emil |
| 13 | 92. | Kransnjansky, Itchel Rabbi |
| 14 | 93. | Lavi, Edmond |
| 15 | 94. | Matloob, Saeed |
| 16 | 95. | Melamed, Nadab |
| 17 | 96. | Meruelo, Richard |
| 18 | 97. | Mohaber, Barokh |
| 19 | 98. | Mohaber, Rachel |
| 20 | 99. | Zadeh, Parvin |
| 21 | 100. | Namvar, Leora |
| 22 | 101. | Namvar, Fran |
| 23 | 102. | Rivani Delaram |
| 24 | 103. | Rivani, Aaron |
| 25 | 104. | Rivani, Joseph |
| 26 | 105. | Samooha, Kamran |
| 27 | 106. | Shabatian, Elham |
| 28 | | |

| | | |
|---|---|---|
| 1 | 107. | Shadi, Helen |
| 2 | 108. | Tabaroki, Brian |
| 3 | 109. | Yalzadeh, Jaleh |
| 4 | 110. | Yousoph, Daniel |
| 5 | 111. | Golcheh, Morrie |

DATED: September 26, 2011     Respectfully submitted,

SCHEPER KIM & HARRIS LLP
MARC S. HARRIS
AMOS A. LOWDER


By:   /S/  Marc S. Harris
           Marc S. Harris
           Attorneys for Defendant Ezri Namvar