**Exhibit 5**



# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __04/27/2011__ the attached reproduction(s), containing __4__ pages, is a full, true and correct copy of the complete document entitled: __Stipulated Judgement__

Case #: __2:09-ap-01095-BR__   Doc #: __15__

which includes: ☐ Exhibits  ☐ Attachments

on file in my office and in my legal custody at the marked location:

☑ 255 E. Temple Street, Suite 940
Los Angeles, CA 90012

☐ 3420 Twelfth Street, Suite 125
Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074
Santa Ana, CA 92701-4593

☐ 1415 State Street
Santa Barbara, CA 93101-2511

☐ 21041 Burbank Boulevard
Woodland Hills, CA 91367

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk

**THIS CERTIFICATION IS VALID ONLY WITH THE UNITED STATES BANKRUPTCY COURT SEAL.**

*Revised August 2010*

Exhibit 454 Page 1

ORIGINAL

**RUSS, AUGUST & KABAT**
DAVID R. GABOR, State Bar No. 145729
LOREN J. BECK, State Bar No. 241610
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   310.826.7474
Facsimile:   310.826.6991
Email:   dgabor@raklaw.com

Attorneys for Plaintiff
Sunnylane Partners, LLC

FILED
AUG - 4 2009

ENTERED
AUG - 5 2009

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EZRI NAMVAR,<br><br>Debtor.<br><br>SUNNYLANE PARTNERS, LLC, an Oklahoma limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EZRI NAMVAR, an individual,<br><br>Defendant. | Chapter 11<br>Bankruptcy No. LA 08-32349 BR<br>Adv. Action No. 09-1095BR<br><br>**STIPULATED JUDGMENT**<br><br>[No Hearing Date Set]<br><br>8\4(2) |

The parties to the instant Adversary Proceeding, agree that this shall constitute a judgment pursuant to stipulation in favor of Plaintiff, Sunnylane Partners, LLC ("Plaintiff") and against Defendant, Ezri Defendant ("Defendant") as set forth below.

A. Defendant is liable to Plaintiff in the amount of Two Million One Hundred Fifty Thousand Dollars ($2,150,000.00) ("Judgment Amount");

B. The Judgment Amount shall bear interest at the annual rate of ten percent (10%) from and after the date of entry of this Stipulated Judgment;

C. This Stipulated Judgment shall not be dischargeable in this Bankruptcy Case No. LA 08-32349 BR ("Case"), even if the Case is converted from one under Chapter 11 to one under Chapter 7, or any other Chapter, or in any subsequent case that may be filed or pending under Title 11, United States Code, section 101, et seq.;

D. Plaintiff shall be entitled to participate in any distribution made in or in connection with the above-captioned Case whether pursuant to a plan of reorganization confirmed in the Case, as a result of the liquidation of assets and disbursement of proceeds by a trustee, or otherwise;

E. Any amount[s] received by Plaintiff as provided in paragraph D above or recovered by Plaintiff pursuant to paragraph H below, shall be credited against the amount due pursuant to this Stipulated Judgment;

F. So long as any amount shall remain due under this Stipulated Judgment, Defendant shall provide Plaintiff with quarterly financial statements, which shall be due on the first business day of September, December, March and June of each year, and will be signed by Defendant under the penalty of perjury under the laws of the State of California and of the United States (the "Quarterly Reports");

G. Until such time as Defendant has paid in full the amounts due under this Stipulated Judgment, within ten (10) days of Plaintiff's request, Defendant shall provide Plaintiff with any and all requested documents, including without limitation bank statements, check registers and tax returns that reasonably support or substantiate the Quarterly Reports. Plaintiff agrees to keep confidential the Quarterly Reports and all information and documentation provided by Defendant pursuant to this Section G and Plaintiff shall refrain from using such information for any purpose other than for enforcement of the Stipulated Judgment;

H. Until such time as Defendant has paid in full the amounts due under this Stipulated Judgment, he shall use his best efforts to assist Plaintiff or its counsel to trace and recover the funds paid by Plaintiff in connection with the 1031 exchange;

I. Each of the parties to this Stipulated Judgment shall bear his/its attorneys' fees and costs of suit; provided that if any action must be instituted to enforce this Stipulated

RUSS, AUGUST & KABAT

1 Judgment, the party instituting such suit may be entitled to recoup from the other party any fees
2 or costs incurred in connection with such suit.
3    IT IS SO STIPULATED.
4
5 DATED: July 16, 2009

LAW OFFICES OF STEPHEN F.
BIEGENZAHN
STEPHEN F. BIEGENZAHN

By: _____
Stephen F. Biegenzahn
Attorneys for Defendant Ezri Namvar

10 DATED: July 17, 2009

RUSS AUGUST & KABAT
DAVID R. GABOR

By: _____
David R. Gabor, Esq.
Attorneys for Plaintiff
Sunnylane Partners, LLC

## ORDER

The Court having reviewed the stipulation, hereby orders that the terms of the stipulation become the order of the court and enters judgment in favor of Sunnylane Partners, LLC, and against Defendant, Ezri Namvar in the amount of $2,150,000.00 which judgment is nondischargable in this Bankruptcy Case No. LA 08-32349 BR ("Case"), even if the Case is converted from one under Chapter 11 to one under Chapter 7, or any other Chapter, or in any subsequent case that may be filed or pending under Title 11, United States Code, section 101, et seq. and which shall bear interest from the date of this order at the rate of 10% per annum.

IT IS SO ORDERED.

Date: Aug 4, 2009

_____
The Honorable Barry Russell

RUSS, AUGUST & KABAT



UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __04/27/2011__ the attached reproduction(s), containing __5__ pages, is a full, true and correct copy of the complete document entitled: __Stipulated Judgment__

Case #: __2:09-ap-01580-SR__  Doc #: __15__

which includes: ☐ Exhibits ☐ Attachments

on file in my office and in my legal custody at the marked location:

☑ 255 E. Temple Street, Suite 940
Los Angeles, CA 90012

☐ 3420 Twelfth Street, Suite 125
Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074
Santa Ana, CA 92701-4593

☐ 1415 State Street
Santa Barbara, CA 93101-2511

☐ 21041 Burbank Boulevard
Woodland Hills, CA 91367

**KATHLEEN J. CAMPBELL**
Clerk of Court

By: _____
Deputy Clerk

**THIS CERTIFICATION IS VALID ONLY WITH THE UNITED STATES BANKRUPTCY COURT SEAL.**

*Revised August 2010*

Exhibit 326 Page 1

1  MARK D. CAMPBELL (SBN 180528)
   mcampbell@loeb.com
2  GERALD CHIZEVER (SBN 42188)
   gchizever@loeb.com
3  BENJAMIN R. KING (SBN 205447)
   bking@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
5  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
6  Facsimile:   310-282-2200

7  Attorneys for Creditor
   HOLLY GETLIN, as Trustee of the
8  Irene Karsin Family Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 2:08-32349-BR |
|---|---|
| EZRI NAMVAR, an individual, | Chapter 11 |
| Debtor. | Adv. No. 09-01580-BR |
| HOLLY GETLIN, as Trustee of the Irene Karsin Family Trust, | Assigned to Hon. Barry Russell |
| Plaintiff, | **STIPULATED JUDGMENT** |
| v. | [No Hearing Required] |
| EZRI NAMVAR, an individual, | |
| Defendant. | |

The parties to the instant Adversary Proceeding, agree that this shall constitute a judgment pursuant to stipulation in favor of Plaintiff, Holly S. Getlin, as Trustee of the Irene Karsin Family Trust ("Plaintiff") and against Defendant, Ezri Namvar ("Defendant"), as set forth below:

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1955298.1
212475-10001

STIPULATED JUDGMENT

Exhibit 326 Page 2

1  A. Defendant is liable to Plaintiff in the amount of $3,697,753.94 (the "Judgment Amount");

2  B. The Judgment Amount shall bear interest at the annual rate of ten percent (10%) from and after the date of entry of this Stipulated Judgment;

3  C. This Stipulated Judgment shall not be dischargeable in this Bankruptcy Case No. LA 08-32349 BR ("Case"), even if the Case is converted from one under Chapter 11 to one under Chapter 7, or any other Chapter, or in any subsequent case that may be filed or pending under Title 11, United States Code, section 101, *et seq.*;

4  D. Plaintiff shall be entitled to participate in any distribution made in or in connection with the above-captioned Case whether pursuant to a plan of reorganization confirmed in the Case, as a result of the liquidation of assets and disbursement of proceeds by a trustee, or otherwise;

5  E. Any amount[s] received by Plaintiff as provided in paragraph D above or recovered by Plaintiffs pursuant to paragraph H below, shall be credited against the amount due pursuant to this Stipulated Judgment;

6  F. So long as any amount shall remain due under this Stipulated Judgment, Defendant shall provide Plaintiffs with annual financial statements, which shall be due on the first business day of June of each year, and will be signed by Defendant (the "Annual Reports");

7  G. Until such time as Defendant has paid in full the amounts due under this Stipulated Judgment, within ten (10) days of Plaintiffs' request, Defendant shall provide Plaintiffs with any and all requested documents in his possession, custody or control that reasonably support or substantiate the Annual Reports, including without limitation bank statements, check registers and tax returns. Plaintiffs agree to keep confidential the Annual Reports and all information and documentation provided by Defendant pursuant to this Section G and Plaintiffs shall refrain from using such information for any purpose other than for enforcement of the Stipulated Judgment;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1955298.1
212475-10001

2

STIPULATED JUDGMENT

Exhibit 326 Page 3

1  ~~pursuant to this Section G and Plaintiff shall refrain from using such information for~~
2  ~~any purpose other than for enforcement of the Stipulated Judgment;~~   BRK  /JB

3  H.   Each of the parties to this Stipulated Judgment shall bear his/her
4  attorneys' fees and costs of suit; provided that if any action must be instituted to
5  enforce this Stipulated Judgment, the party instituting such suit may be entitled to
6  recoup from the other party any fees or costs incurred in connection with such suit.
7  **IT IS SO STIPULATED.**

8  **PLAINTIFF**                                    **DEFENDANT**

10 By: *Holly Getlin Trustee*                      _____
     Holly Getlin, as Trustee of the Irene         Ezri Namvar
11   Karsin Family Trust

13 APPROVED AS TO FORM BY                          APPROVED AS TO FORM BY

14 LOEB & LOEB, LLP                                THE LAW OFFICES OF STEPHEN F.
                                                   BIEGENZAHN
16 By: _____                     By: _____
     Gerald Chizever, Attorney for Holly              Stephen F. Biegenzahn, attorney for
17   Getlin                                           Ezri Namvar

19 By:  /s/ Benjamin R. King
20      Benjamin R. King

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA1955298.1
212475-10001

3

STIPULATED JUDGMENT

Exhibit 326 Page 4

H. Each of the parties to this Stipulated Judgment shall bear his/her attorneys' fees and costs of suit; provided that if any action must be instituted to enforce this Stipulated Judgment, the party instituting such suit may be entitled to recoup from the other party any fees or costs incurred in connection with such suit.

**IT IS SO STIPULATED.**

| PLAINTIFF | DEFENDANT |
|---|---|
| By: _____ <br> Holly Getlin, as Trustee of the Irene Karsin Family Trust | *[signature]* <br> _____ <br> Ezri Namvar |
| **APPROVED AS TO FORM BY** | **APPROVED AS TO FORM BY** |
| LOEB & LOEB, LLP | THE LAW OFFICES OF STEPHEN F. BIEGENZAHN |
| By: _____ <br> Gerald Chizever, Attorney for Holly Getlin | By: _____ <br> Stephen F. Biegenzahn, attorney for Ezri Namvar |
| By: /s/ Benjamin R. King <br> Benjamin R. King | |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1955298.1
212475-10001

3

STIPULATED JUDGMENT

Exhibit 326 Page 5

| In re: | CHAPTER: 11 |
|---|---|
| EZRI NAMVAR | |
| Debtor(s). | CASE NUMBER: Adv. No. 09-01580-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120

A true and correct copy of the foregoing document described as <u>STIPULATED JUDGMENT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 14, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Stephen F Biegenzahn   efile@sfblaw.com
Benjamin R King   bking@loeb.com, kpresson@loeb.com
Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u> (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u> (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 14, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Barry Russell, USBC, 255 E. Temple St., Los Angeles, CA 90012 (Via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2010 | Kathryn M. Presson | /s/ Kathryn M. Presson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                F 9013-3.1

Exhibit 326 Page 6



# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __04/27/2011__ the attached reproduction(s), containing _____ pages, is a full, true and correct copy of the complete document entitled: __Stipulated Judgment__

Case #: __2:09-ap-01581-BR__   Doc #: __16__

which includes:  ☐ Exhibits  ☑ Attachments

on file in my office and in my legal custody at the marked location:

☑ 255 E. Temple Street, Suite 940
   Los Angeles, CA 90012

☐ 3420 Twelfth Street, Suite 125
   Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074
   Santa Ana, CA 92701-4593

☐ 1415 State Street
   Santa Barbara, CA 93101-2511

☐ 21041 Burbank Boulevard
   Woodland Hills, CA 91367

**KATHLEEN J. CAMPBELL**
Clerk of Court

By: _____
Deputy Clerk

**THIS CERTIFICATION IS VALID ONLY WITH THE UNITED STATES BANKRUPTCY COURT SEAL.**

*Revised August 2010*

Exhibit 326 Page 7

```
 1  MARK D. CAMPBELL (SBN 180528)
    mcampbell@loeb.com
 2  GERALD CHIZEVER (SBN 42188)
    gchizever@loeb.com
 3  BENJAMIN R. KING (SBN 205447)
    bking@loeb.com
 4  LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
 5  Los Angeles, California 90067-4120
    Telephone:  310-282-2000
 6  Facsimile:   310-282-2200

 7  Attorneys for Joint Creditors
    HOLLY GETLIN, GORDON
 8  KARSIN and RONALD KARSIN
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EZRI NAMVAR, an individual,<br><br>Debtor.<br><br>———————————————<br>HOLLY GETLIN, an individual;<br>GORDON KARSIN, an individual; and<br>RONALD KARSIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EZRI NAMVAR, an individual,<br><br>Defendant. | Case No. 2:08-32349-BR<br><br>Chapter 11<br><br>Adv. No. 09-01581-BR<br><br>Assigned to Hon. Barry Russell<br><br>**STIPULATED JUDGMENT**<br><br>[No Hearing Required] |

The parties to the instant Adversary Proceeding, agree that this shall constitute a judgment pursuant to stipulation in favor of Plaintiffs, Holly S. Getlin, Gordon Karsin, and Ronald Karsin ("Plaintiffs"), jointly and severally, and against Defendant, Ezri Namvar ("Defendant"), as set forth below:

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1955294.1
212475-10001

STIPULATED JUDGMENT

Exhibit 326 Page 8

1  A. Defendant is liable to Plaintiffs in the amount of $17,645,909.00 (the
2  "Judgment Amount");
3  B. The Judgment Amount shall bear interest at the annual rate of ten
4  percent (10%) from and after the date of entry of this Stipulated Judgment;
5  C. This Stipulated Judgment shall not be dischargeable in this Bankruptcy
6  Case No. LA 08-32349 BR ("Case"), even if the Case is converted from one under
7  Chapter 11 to one under Chapter 7, or any other Chapter, or in any subsequent case
8  that may be filed or pending under Title 11, United States Code, section 101, *et seq.*;
9  D. Plaintiffs shall be entitled to participate in any distribution made in or
10 in connection with the above-captioned Case whether pursuant to a plan of
11 reorganization confirmed in the Case, as a result of the liquidation of assets and
12 disbursement of proceeds by a trustee, or otherwise;
13 E. Any amount[s] received by Plaintiffs as provided in paragraph D above
14 or recovered by Plaintiffs pursuant to paragraph H below, shall be credited against
15 the amount due pursuant to this Stipulated Judgment;
16 F. So long as any amount shall remain due under this Stipulated
17 Judgment, Defendant shall provide Plaintiffs with annual financial statements,
18 which shall be due on the first business day of June of each year, and will be signed
19 by Defendant (the "Annual Reports");
20 G. Until such time as Defendant has paid in full the amounts due under
21 this Stipulated Judgment, within ten (10) days of Plaintiffs' request, Defendant shall
22 provide Plaintiffs with any and all requested documents in his possession, custody
23 or control that reasonably support or substantiate the Annual Reports, including
24 without limitation bank statements, check registers and tax returns. Plaintiffs agree
25 to keep confidential the Annual Reports and all information and documentation
26 provided by Defendant pursuant to this Section G and Plaintiffs shall refrain from
27 using such information for any purpose other than for enforcement of the Stipulated
28 Judgment;

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1955294.1
212475-10001

2

STIPULATED JUDGMENT

Exhibit 326 Page 9

1 ~~pursuant to this Section G and Plaintiffs shall refrain from using such information~~
2 ~~for any purpose other than for enforcement of the Stipulated Judgment;~~ *BRK*

3    H.    Each of the parties to this Stipulated Judgment shall bear his/her
4 attorneys' fees and costs of suit; provided that if any action must be instituted to
5 enforce this Stipulated Judgment, the party instituting such suit may be entitled to
6 recoup from the other party any fees or costs incurred in connection with such suit.
7 **IT IS SO STIPULATED.**

8 **PLAINTIFFS**                                  **DEFENDANT**

9
10 By: *Holly Getlin* (signature)                  _____
       Holly Getlin                                 Ezri Namvar
11

12 By: _____
       Ronald Karsin
13

14 By: _____
15     Gordon Karsin

16 **APPROVED AS TO FORM BY**                     **APPROVED AS TO FORM BY**

17 LOEB & LOEB, LLP                               THE LAW OFFICES OF STEPHEN F.
                                                  BIEGENZAHN
18 By: (signature)
19     Gerald Chizever, Attorney for Holly       By: _____
       Getlin                                         Stephen F. Biegenzahn, attorney for
20                                                    Ezri Namvar
21

22 By: /s/ Benjamin R. King
23     Benjamin R. King

24 LAW OFFICES OF MORTON C. DEVOR

25 By: _____
26     Morton C. Devor, attorney for Ronald
       Karsin and Gordon Karsin
27
28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA1955294.1
212475-10001

3
STIPULATED JUDGMENT

Exhibit 326 Page 10

1 ~~pursuant to this Section G and Plaintiffs shall refrain from using such information~~
2 ~~for any purpose other than for enforcement of the Stipulated Judgment;~~ BKK

3   H.   Each of the parties to this Stipulated Judgment shall bear his/her
4 attorneys' fees and costs of suit; provided that if any action must be instituted to
5 enforce this Stipulated Judgment, the party instituting such suit may be entitled to
6 recoup from the other party any fees or costs incurred in connection with such suit.
7 IT IS SO STIPULATED.

8 **PLAINTIFFS**                                    **DEFENDANT**

10 By:_____                       _____
       Holly Getlin                                     Ezri Namvar

12 By: /s/ Ronald Karsin
       Ronald Karsin

14 By:_____
       Gordon Karsin

16 **APPROVED AS TO FORM BY**                      **APPROVED AS TO FORM BY**

17 LOEB & LOEB, LLP                                THE LAW OFFICES OF STEPHEN F.
                                                   BIEGENZAHN
18 By:_____
19    Gerald Chizever, Attorney for Holly          By: /s/ Stephen F. Biegenzahn
      Getlin                                          Stephen F. Biegenzahn, attorney for
                                                      Ezri Namvar

21 By: /s/ Benjamin R. King
       Benjamin R. King

24 LAW OFFICES OF MORTON C. DEVOR

25 By: /s/ Morton Devor
       Morton C. Devor, attorney for Ronald
       Karsin and Gordon Karsin

LA1955294.1
212475-10001                        3
                         STIPULATED JUDGMENT

Exhibit 326 Page 11

1  ~~pursuant to this Section G and Plaintiffs shall refrain from using such information~~
2  ~~for any purpose other than for enforcement of the Stipulated Judgment;~~ GK

3    H.   Each of the parties to this Stipulated Judgment shall bear his/her
attorneys' fees and costs of suit; provided that if any action must be instituted to
enforce this Stipulated Judgment, the party instituting such suit may be entitled to
recoup from the other party any fees or costs incurred in connection with such suit.

IT IS SO STIPULATED.

PLAINTIFFS                                        DEFENDANT

By:_____                        _____
    Holly Getlin                                  Ezri Namvar

By:_____
    Ronald Karsin

By: /s/ [signature]
    Gordon Karsin

APPROVED AS TO FORM BY                            APPROVED AS TO FORM BY

LOEB & LOEB, LLP                                  THE LAW OFFICES OF STEPHEN F.
                                                  BIEGENZAHN
By:_____
    Gerald Chizever, Attorney for Holly           By:_____
    Getlin                                            Stephen F. Biegenzahn, attorney for
                                                      Ezri Namvar
By: /s/ Benjamin R. King
    Benjamin R. King


LAW OFFICES OF MORTON C. DEVOR
By: /s/ Morton Devor
    Morton C. Devor, attorney for Ronald
    Karsin and Gordon Karsin

LA1955294.1
212475-10001                     3
                          STIPULATED JUDGMENT

Exhibit 326 Page 12

H. Each of the parties to this Stipulated Judgment shall bear his/her attorneys' fees and costs of suit; provided that if any action must be instituted to enforce this Stipulated Judgment, the party instituting such suit may be entitled to recoup from the other party any fees or costs incurred in connection with such suit.

IT IS SO STIPULATED.

PLAINTIFFS

By:_____
    Holly Getlin

By:_____
    Ronald Karsin

By:_____
    Gordon Karsin

APPROVED AS TO FORM BY

LOEB & LOEB, LLP

By:_____
    Gerald Chizever, Attorney for Holly Getlin

By:   /s/ Benjamin R. King
    Benjamin R. King

LAW OFFICES OF MORTON C. DEVOR

By:_____
    Morton C. Devor, attorney for Ronald Karsin and Gordon Karsin

DEFENDANT

By:_____
    Ezri Namvar

APPROVED AS TO FORM BY

THE LAW OFFICES OF STEPHEN F. BIEGENZAHN

By:_____
    Stephen F. Biegenzahn, attorney for Ezri Namvar

LA1955294.1
212475-10001

3
STIPULATED JUDGMENT

Exhibit 326 Page 13

| In re:<br>EZRI NAMVAR | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: Adv. No. 09-01581-BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120

A true and correct copy of the foregoing document described as <u>STIPULATED JUDGMENT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 14, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Stephen F Biegenzahn   efile@sfblaw.com
Benjamin R King   bking@loeb.com, kpresson@loeb.com
Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 14, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Morton C. Devor   mortondevor@hotmail.com (Via Email)

Hon. Barry Russell, USBC, 255 E. Temple St., Los Angeles, CA 90012 (Via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2010 | Kathryn M. Presson | /s/ Kathryn M. Presson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                            F 9013-3.1

Exhibit 326 Page 14