UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 10-1055 PA | Date | October 6, 2011 |
|---|---|---|---|

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Paul Songco | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Ezri Namvar | | | X | 1) Marc Harris | | | X |
| 2) Hamid Tabatabai | | | X | 1) Amos Lowder | | | X |
| | | | | 2) James Spertus | | | X |

**Proceedings:**   IN CHAMBERS -- ORDER

   The Court adopts its tentative ruling denying Defendants Ezri Namvar's and Hamid Tabatabai's motions for new trial [Docket Nos. 135 and 136].  Accordingly, the Defendants' motions for new trial are denied.

   IT IS SO ORDERED.

                                                                                                                    :
                                                              Initials of Deputy Clerk   PSO

cc: USPO, PSA