UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EZRI NAMVAR, and HAMID TABATABAI<br><br>    Defendants. | Case No. CR 10-1055 PA<br><br>**[PROPOSED] ORDER** |

The Court, having considered the Ex Parte Application filed by Defendants Hamid Tabatabai and Ezri Namvar (1) For An Order Striking Late-Filed Government Briefing Or Alternatively Allowing Defendants To File A Response, and (2) For An Order Setting An Evidentiary Hearing and Continuing The Sentencing, and FOR GOOD CAUSE SHOWN, hereby orders as follows:

1. The sentencing in this matter is continued to _____;

---

ORDER ON EX PARTE APPLICATION (1) TO STRIKE AND (2) FOR EVIDENTIARY HEARING

2. The government's late-filed sentencing brief filed on October 5, 2011 (Docket No. 206) is stricken [or Defendants may file a response on or before _____]; and

3. An evidentiary hearing is set for _____, at which time the government shall present evidence to support its burden of proof that the loss was reasonably foreseeable to the Defendants.

Dated:_____    By: _____
                            Honorable Percy Anderson
                            United States District Court Judge

---

ORDER ON EX PARTE APPLICATION (1) TO STRIKE AND (2) FOR EVIDENTIARY HEARING