```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
BRIAN E. KLEIN (Cal. State Bar No.: 258286)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6920
     Facsimile: (213) 894-6269
     E-mail: brian.klein@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 10-1055-PA |
|---|---|
| Plaintiff, | ) NOTICE OF REASSIGNMENT OF |
|  | ) CRIMINAL CASE |
| v. | ) |
| EZRI NAMVAR, | ) |
|   aka "Ezri Namvar | ) |
|   Moghadam," | ) |
| and HAMID TABATABAI, | ) |
|   aka "Hamid Taba," | ) |
| Defendants. | ) |

   Plaintiff, United States of America, hereby advises the Court that the above-captioned case is now solely assigned to Assistant United States Attorney ("AUSA") Monica D. Mange. AUSA Brian E. Klein is no longer assigned to this case.

   Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that only AUSA

//

//

1 | Mange is associated with this case and receives all e-mails
2 | relating to filings in this case.

3 | Dated: October 13, 2011          Respectfully submitted,

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney

                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                       /s/
                                    BRIAN E. KLEIN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    United States of America