**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
AMOS A. LOWDER (State Bar No. 269362)
alowder@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant Ezri Namvar**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 10-1055-PA |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT EZRI NAMVAR** |
| v. | |
| EZRI NAMVAR, aka Ezri Namvar Maghadam, and HAMID TABATABAI, aka Hamid Taba, | |
| Defendants. | |

Defendant Ezri Namvar ("Namvar") and Plaintiff United States of America, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, on September 27, 2010, Magistrate Judge Paul L. Abrams ordered Namvar released pending trial on terms and conditions that included the posting of an appearance bond in the amount of $300,000.  The Court ordered that this bond was to be satisfied with an affidavit of surety (without justification) in the amount of $100,000 signed by Namvar's mother, and an affidavit of surety (with justification) in the amount of $200,000 signed by one of Namvar's siblings or parents.

1. WHEREAS Namvar posted the required bond and filed the required affidavits of surety, including an affidavit of surety with justification in the amount of $200,000 signed by his sister, Helen Shadi. Ms. Shadi deeded to the Clerk of the Court an interest in her residence at 11822 Kearsarge Street, Los Angeles, CA 90049 (the "Kearsarge Property").

WHEREAS Mr. Namvar has appeared at all required court hearings.

WHEREAS Namvar was convicted following jury trial on May 19, 2011, and sentenced on October 11, 2011.

WHEREAS the Court has ordered counsel for Namvar and the government to meet and confer regarding whether the bail conditions for Namvar should be modified in light of his conviction and sentence.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED that:

1. Namvar's bond amount be increased to $600,000;
2. The bond will be secured by the following sureties:
   a. An affidavit of surety (without justification) in the amount of $100,000 by Namvar's mother (this affidavit is already on file with the Court);
   b. An affidavit of surety (with full justification) in the amount of $400,000 by Namvar's sister, Helen Shadi, secured by the Kearsarge Property (it is understood by the parties that Ms. Shadi's prior affidavit of surety will be exonerated and replaced with a new affidavit in the amount set forth above); and
   c. An affidavit of surety (with full justification) in the amount of $100,000 by Namvar's brother, Hooshang Namvar, secured by a property located at 10445 Wilshire Boulevard, Apt. 1405, Los Angeles, CA 90024.

1     3. Namvar shall have until 3:00 p.m. on October 19, 2011 to post the bond.

Respectfully submitted,

DATED: October 14, 2011      SCHEPER KIM & HARRIS LLP
MARC S. HARRIS
AMOS A. LOWDER


By:   /S/ Marc S. Harris
      Marc S. Harris
      Attorneys for Defendant
      Ezri Namvar

DATED: October 14, 2011      ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

MONICA D. MANGE
Assistant United States Attorneys


By:   /S/ Monica D. Mange
      Monica D. Mange
      Attorneys for Plaintiff
      United States of America

3

STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT EZRI NAMVAR