## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 10-1055 PA | Date | November 7, 2011 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Paul Songco | Kathie Thibodeaux | Monica Mange |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Ezri Namvar | | X | X | 1) Marc Harris | X | | X |
| 2) Hamid Tabatabai | | X | X | 2) James Spertus | X | | X |

**Proceedings:**   MOTION FOR BAIL PENDING APPEAL

The Court hears oral argument on Defendants Ezri Namvar's and Hamid Tabatabai's motions for bail pending appeal [Docket Nos. 235 and 237]. The motions are denied for reasons stated on the record.

IT IS SO ORDERED.

|  | : | 54 |
|---|---|---|
| Initials of Deputy Clerk | PS | |

cc: USPO, PSA